subject of *Morganite, Inc.* v. *United States* (42 C. C. P. A. 207, C. A. D. 595), the claim of the plaintiff was sustained.

**No. 59861.**—Morganite, Inc. *v.* United States, protests 193671–K, etc. (New York).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise consists of carbon powder similar in all material respects to that the subject of *Morganite, Inc.* v. *United States* (42 C. C. P. A. 207, C. A. D. 595), the claim of the plaintiff was sustained.

**No. 59862.**—Paul A. Straub & Co., Inc. *v.* United States, protests 186075–K, etc. (New York).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.

**No. 59863.**—Sprouse-Reitz Co., Inc. *v.* United States, protest 242694–K (Los Angeles).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise consists of blue willow coffee mugs, composed of earthenware having a nonvitrified absorbent body, ornamented, painted, printed, or decorated, and that if said merchandise were now before the appraiser for classification, it would be described and advisorily classified as tableware, kitchenware, or table or kitchen utensils at 10 cents per dozen pieces and 45 percent ad valorem under paragraph 211, as modified, *supra*, the claim of the plaintiff was sustained.